UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DANIEL L. WILLIAMS,               )
                                  )
          Plaintiff,              )
                                  )
v.                                )        No.    3:21-CV-248-KAC-DCP
                                  )
BRANDON ROBINSON and JONATHAN     )
CORBIN,                           )
                                  )
          Defendants.             )

## JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order, the Court

**DISMISSED** Plaintiff's Complaint under Federal Rule of Civil Procedure 41(b). Because the

Court **CERTIFIED** that any appeal would not be taken in good faith, should Plaintiff file a notice

of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R.

App. P. 24. The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

**ENTER:**

                                        s/ Katherine A. Crytzer
                                        KATHERINE A. CRYTZER
                                        United States District Judge


ENTERED AS A JUDGMENT

*s/ LeAnna R. Wilson*
     CLERK OF COURT